MARY MULLIGAN, Respondent, *v.* THIRD AVENUE RAILROAD COMPANY, Appellant.

*Mulligan.* v. *Third Avenue R. R. Co.,* 87 App. Div. 320, affirmed.
(Argued January 23, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 24, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames, Charles F. Brown, Arthur Ofner* and *Henry A. Robinson* for appellant.

*Franklin Pierce* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

JAMES E. NICHOLS, as Trustee for AUSTIN, NICHOLS & Co., and MERCANTILE NATIONAL BANK, Respondent, *v.* WHITEHALL LUMBER COMPANY, LIMITED, Appellant.

WHITEHALL LUMBER COMPANY, LIMITED, Appellant, *v.* JAMES E. NICHOLS, as Trustee for AUSTIN, NICHOLS & Co., and MERCANTILE NATIONAL BANK, Respondent.

*Nichols* v. *Whitehall Lumber Co.,* 88 App. Div. 618; *Whitehall Lumber Co.* v. *Nichols,* 88 App. Div. 618, affirmed.
(Argued January 23, 1905; decided February 21, 1905.)

APPEAL from judgments of the Appellate Division of the Supreme Court in the third judicial department, entered November 21, 1903, affirming judgments in favor of the respondent in each of the above-entitled cases, entered upon a decision of the court on trial at Special Term.

*J. Sanford Potter* and *Otis A. Dennis* for appellant.

*Joseph B. Handy* and *Henry D. Hotchkiss* for respondent.

Judgments affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.